```
DAVID L. ANDERSON (CABN 149604)
United States Attorney

THOMAS MOORE (ALBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division

CYNTHIA L. STIER (DCBN 423256)
Assistant United States Attorney
Tax Division

    450 Golden Gate Avenue
    San Francisco, California 94546
    Telephone: (415) 436-7000

Attorneys for the United States of America
```

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHONY D. MARSHALL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br>　　　　Defendant. | Case No. 3:18-cv-03586-CRB<br><br>NOTICE OF SETTLEMENT,<br>STIPULATION TO DISMISS AND<br>[PROPOSED] ORDER OF DISMISSAL |

Plaintiff and Defendant, through the undersigned counsel, advise the Court that this matter is settled and that it will take between sixty and ninety days to execute the settlement terms.

　　1.　　Accordingly, the parties stipulate that this action be dismissed with prejudice, each party to bear its own costs and attorney's fees.

　　2.　　The parties further stipulate that if a party certifies to this Court, with proof of service on opposing counsel, within ninety days from the date of the Order of Dismissal, that any settlement term

//

//

Case No. 3:18-cv-03586-CRB
Request For Dismissal & [proposed] Order
of Dismissal　　　　　　　　　　　　　　　1

was not performed, the Order of Dismissal shall be vacated, and a case management conference be scheduled.

Respectfully submitted,<br>
DAVID L. ANDERSON<br>
United States Attorney

/s/ Framta Saechao
FRAMTA SAECHAO
Law Offices of Robert Goldstein
Attorney for Plaintiff

/s/ Cynthia Stier
CYNTHIA STIER
Assistant United States Attorney
Tax Division
Attorneys for the United States of America

ORDER OF DISMISSAL

For the reasons set forth above, it is hereby ORDERED, ADJUDGED and DECREED that this action is dismissed pursuant to Rule 41(a)(1)(A)(ii) of the Fed.R.Civ.Pro., each party to bear its own costs, including attorney fees.

Dated: February 12, 2019

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE